```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 20099
   GREGORIO LOPEZ JR
   CAROLINE SOLIS                                 CHAPTER 13

                                                  JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-7372     SSN XXX-XX-8319

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/30/2007 and was not confirmed.

      The case was dismissed without confirmation 01/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CITIFINANCIAL              SECURED           1672.50          .00            .00
DELL FINANCIAL             SECURED            896.35          .00            .00
GMAC MORTGAGE              CURRENT MORTG        .00           .00            .00
LITTON LOAN SERVICING      CURRENT MORTG        .00           .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE   31740.68          .00            .00
AT & T                     UNSECURED       NOT FILED          .00            .00
CHASE CARD MEMBER SERVIC   UNSECURED       NOT FILED          .00            .00
CHICAGO IMAGING            UNSECURED       NOT FILED          .00            .00
CITICORP CREDIT SERV USA   UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED          .00            .00
LVNV FUNDING LLC           UNSECURED        11734.09          .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         2523.42          .00            .00
HOLLYWOOD VIDEO            UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1100.16          .00            .00
HSBC TAXPAYER FIN SVCS I   UNSECURED       NOT FILED          .00            .00
LOYOLA UNIVERSITY PHYSCN   UNSECURED       NOT FILED          .00            .00
PATHOLOGY CHP SC           UNSECURED       NOT FILED          .00            .00
QUEST DIAGNOSTIC           UNSECURED       NOT FILED          .00            .00
SPRINT BANKRUPTCY          UNSECURED          229.84          .00            .00
ST ANTHONY EMER SERV       UNSECURED          761.30          .00            .00
TARGET NATIONAL BANK       UNSECURED         1380.28          .00            .00
VANGUARD HEALTH SYSTEMS    UNSECURED       NOT FILED          .00            .00
GMAC MORTGAGE              NOTICE ONLY    NOT FILED          .00            .00
GMAC MORTGAGE              SECURED NOT I     541.92          .00            .00
KEVIN L WILLIS             DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                       2,301.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              2,301.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 20099 GREGORIO LOPEZ JR & CAROLINE SOLIS

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                  2,301.00
                                   ---------------     ---------------
TOTALS                                    2,301.00            2,301.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 04/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```